**Affirmed and Memorandum Opinion filed July 14, 2016.**



In The

# Fourteenth Court of Appeals

---

NO. 14-15-00638-CR
NO. 14-15-00639-CR

---

**DIMPLE  SHAW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1448956 & 1448957**

---

### M E M O R A N D U M   O P I N I O N

Appellant, Dimple Shaw, appeals his convictions for (1) evading arrest in a motor vehicle (Tex. Penal Code Ann. § 38.04(b)(2)(A)),  and (2) possession of a controlled substance, morphine, weighing more than one gram but less than four grams (Tex. Health & Safety Code Ann. §§ 481.102, 481.115). Appellant's appointed counsel filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v.*

*California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief and the record were delivered to appellant. Appellant was advised of the right to file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than 60 days have passed, and no pro se response has been filed.

We have reviewed the record and counsel's brief carefully and agree the appeals are wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgments of the trial court are affirmed.


PER CURIAM


Panel consists of Justices Busby, Donovan, and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).